```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
LIBERTY MUTUAL INSURANCE COMPANY,    :
                                     :
        Plaintiff,                   :
                                     :      21-cv-8726 (JSR)
            -v-                      :
                                     :          ORDER
ALL-WAYS FORWARDING INT'L INC.,      :
                                     :
        Defendant.                   :
------------------------------------ :
                                     x
```

JED S. RAKOFF, U.S.D.J.

   This case was reassigned to the undersigned on April 10, 2022. In accordance with the Court's usual practice, all scheduling, discovery, and motions will be handled by Judge Rakoff. Accordingly, the previous order of reference to Magistrate Judge Wang, ECF No. 10, is withdrawn.

   SO ORDERED.

Dated:  New York, NY

        April 2l, 2022                    _____
                                          JED S. RAKOFF, U.S.D.J.