**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
LIBERTY MUTUAL INSURANCE COMPANY,   :
:
           Plaintiff,   :      21-CV-8726 (VSB) (OTW)
:
          -against-   :      **ORDER**
:
ALL-WAYS FORWARDING INT'L INC.,   :
:
          Defendant.   :
:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF 44 and adopts the parties' proposed briefing schedule for HMM's and ONE's anticipated motions to enforce their respective forum selection clauses. The Court reminds the parties that if they wish for the Court to decide a dispositive motion, they must file the appropriate consent form, available at https://nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge-specific-motion, and file it on the docket.

The parties' application to stay new discovery pending the disposition of the forum selection motions is **GRANTED**. This stay does not affect any exchanges of prior discovery ordered by the Court.

The Clerk of Court is respectfully directed to file a copy of this Order in *Liberty Mut. Ins. Co. v. All-Ways Forwarding Int'l, Inc.*, No. 21-cv-8726 (VSB) (S.D.N.Y. Oct. 25, 2021); *Starr Indemnity & Liability Co. v. Yang Ming Marine Transp. Corp.*, No. 22-cv-8331 (VSB) (S.D.N.Y. Sept. 29, 2022); *Travelers Prop. Cas. Co. Am. v. Expeditors Int'l of Wash., Inc.*, No. 22-cv-8572 (VSB) (S.D.N.Y. Oct. 7, 2022); *Certain Underwriters at Lloyd's of London Subscribing to Pol'y No.*

*600230 v. Expeditors Int'l of Wash., Inc.*, No. 22-cv-8579 (VSB) (S.D.N.Y. Oct. 10, 2022); and

*Balanza Asia Co. Lt. v. Expeditors Int'l of Wash., Inc.*, No. 22-cv-8574 (RA) (S.D.N.Y. Oct. 7, 2022).

    **SO ORDERED.**

Dated: May 22, 2023                    _s/ Ona T. Wang_
     New York, New York         **Ona T. Wang**
                                         United States Magistrate Judge