UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
LIBERTY MUTUAL INSURANCE COMPANY,   :
   :
               Plaintiff,   :       21-CV-8726 (VSB) (OTW)
   :
               -against-   :       **ORDER**
   :
ALL-WAYS FORWARDING INT'L INC.,   :
   :
               Defendant.   :
   :
---------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

On May 9, 2023, the Court directed the parties to inform the Court whether they wish to consent to my jurisdiction for deciding certain anticipated dispositive motions. (ECF 43). The parties filed a joint letter in which they <u>appeared</u> to consent to my jurisdiction to some extent. (ECF 44). On May 22, 2023, the Court reminded the parties that if they wish for the Court to decide a dispositive motion, **they must file the appropriate consent form**, available at https://nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge-specific-motion, and file it on the docket. (ECF 45). To date, the consent form has not been filed.

If the parties wish to consent to my jurisdiction for any dispositive motions, or for all purposes, they must file an executed consent form **on or before October 31, 2023**. For the parties' convenience, a blank consent form is attached to this Order as Exhibit "A."

The Clerk of Court is respectfully directed to file a copy of this Order in *Liberty Mut. Ins. Co. v. All-Ways Forwarding Int'l, Inc.*, No. 21-cv-8726 (VSB) (S.D.N.Y. Oct. 25, 2021); *Starr Indemnity & Liability Co. v. Yang Ming Marine Transp. Corp.*, No. 22-cv-8331 (VSB) (S.D.N.Y. Sept. 29, 2022); *Travelers Prop. Cas. Co. Am. v. Expeditors Int'l of Wash., Inc.*, No. 22-cv-8572

(VSB) (S.D.N.Y. Oct. 7, 2022); *Certain Underwriters at Lloyd's of London Subscribing to Pol'y No. 600230 v. Expeditors Int'l of Wash., Inc.*, No. 22-cv-8579 (VSB) (S.D.N.Y. Oct. 10, 2022); and *Balanza Asia Co. Lt. v. Expeditors Int'l of Wash., Inc.*, No. 22-cv-8574 (RA) (S.D.N.Y. Oct. 7, 2022).

If the parties in those cases wish to consent to my jurisdiction for all purposes, they should file the executed consent forms on their respective dockets so that the appropriate district judge may review them.

**SO ORDERED.**

Dated: October 12, 2023
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

# EXHIBIT "A"

AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |
|---|---|
| *Plaintiff* <br> v. <br> *Defendant* | ) <br> ) <br> )  Civil Action No. <br> ) <br> ) |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.