UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                                :

LIBERTY MUTUAL INSURANCE             :
COMPANY, *as subrogor of World Global*
*Wholesale LLC*,                                   :

                                           Plaintiff,    :         21-CV-8726 (VSB)

                       -against-               :             **ORDER**

ALL-WAYS FORWARDING INT'L INC.,  :

                                           Defendant. :
-------------------------------------------------------X

ALL-WAYS FORWARDING INT'L INC.,  :

                              Third-Party Plaintiff,  :

                      -against-              :

M/V ONE AQUILA *in rem*, OCEAN     :
NETWORK EXPRESS PTE. LTD., GRETA :
SHIP HOLDING SA, PATSON LOGISTICS :
LIMITED, HYUNDAI MERCHANT
MARINE CO. LTD, and HMM CO LTD., :

                            Third-Party Defendants. :
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On June 29 and 30, 2023, Third-Party Defendants HMM Co Ltd ("HMM") and Ocean Network Express Pte. Ltd. ("One") filed motions to dismiss the third-party complaint filed by Third-Party Plaintiff All-Ways Forwarding Int'l Inc. ("All-Ways"). (Docs. 46, 48.) Over the past five months, I granted All-Ways four separate extensions of time to oppose the pending motions. (Docs. 52, 54, 56, 61.) Nevertheless, All-Ways has missed the most recent December

21, 2023 deadline to file a brief in opposition to HMM's and One's motions to dismiss. (Doc. 61.) Accordingly, it is hereby:

ORDERED that by January 3, 2024 All-Ways shall file a letter explaining whether it intends on opposing the pending motion to dismiss. If All-Ways fails to respond to the motions, I will consider them under the standard for unopposed motions to dismiss. *See Rodriguez v. Redbubble, Inc.*, No. 21-cv-2973 (VSB), 2023 WL 6294180, at *3 (S.D.N.Y. Sept. 27, 2023).

SO ORDERED.

Dated: December 22, 2023
New York, New York

Vernon S. Broderick
United States District Judge