UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                            :
LIBERTY MUTUAL INSURANCE         :
COMPANY, *as subrogor of World Global*  :
*Wholesale LLC*,                             :
                                            :          21-CV-8726 (VSB)
                                Plaintiff,   :
                                            :                **ORDER**
              -against-                 :
                                            :
ALL-WAYS FORWARDING INT'L INC.,  :
                                            :
                                Defendant.   :
----------------------------------------------------------- X
                                            :
ALL-WAYS FORWARDING INT'L INC.,  :
                                            :
                    Third-Party Plaintiff,  :
                                            :
              -against-                 :
                                            :
M/V ONE AQUILA *in rem*, OCEAN       :
NETWORK EXPRESS PTE. LTD., GRETA  :
SHIP HOLDING SA, PATSON LOGISTICS :
LIMITED, HYUNDAI MERCHANT           :
MARINE CO. LTD, and HMM CO LTD.,   :
                                            :
                    Third-Party Defendants.  :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

       ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within sixty (60) days.

SO ORDERED.

Dated: December 28, 2023
      New York, New York

Vernon S. Broderick
United States District Judge