UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                               :

LIBERTY MUTUAL INSURANCE     :
COMPANY, *as subrogor of World Global*  :
*Wholesale LLC*,                 :

                 :        21-CV-8726 (VSB)

             Plaintiff,  :

                 :        **<u>ORDER</u>**

         -against-     :

ALL-WAYS FORWARDING INT'L INC.,  :

            Defendant.  :
--------------------------------------------------------X
                 :

ALL-WAYS FORWARDING INT'L INC.,  :

          Third-Party Plaintiff,  :

         -against-     :

M/V ONE AQUILA *in rem*, OCEAN  :
NETWORK EXPRESS PTE. LTD., GRETA :
SHIP HOLDING SA, PATSON LOGISTICS :
LIMITED, HYUNDAI MERCHANT    :
MARINE CO. LTD், and HMM CO LTD., :
                 :

         Third-Party Defendants.  :
--------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On February 16, 2024, Plaintiff Liberty Mutual Insurance Company ("Liberty") filed a

letter requesting that I reopen the case in light of Defendant/Third-Party Plaintiff All-Ways

Forwarding Int'l Inc.'s ("All-Ways") failure to remit the agreed-upon settlement payment. (Doc.

65.) In light of this update, I ordered All-Ways to respond to Liberty's letter by February 29,

2024. (Doc. 66.) To date, All-Ways has not responded. Accordingly, it is hereby

      ORDERED that All-Ways shall respond to Liberty's letter by March 11, 2024. If

All-Ways fails to respond or otherwise demonstrate an intent to defend itself in this case, Liberty

shall file a letter, by March 18, 2024, proposing next steps in this case.

SO ORDERED.

Dated: March 3, 2024
         New York, New York

Vernon S. Broderick
United States District Judge