**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                                             :
LIBERTY MUTUAL INSURANCE COMPANY,                            :
                                                             :
                Plaintiff,                                   :        21-CV-8726 (VSB) (OTW)
                                                             :
                -against-                                    :        ORDER
                                                             :
ALL-WAYS FORWARDING INT'L INC.,                              :
                                                             :
                Defendant.                                   :
                                                             :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a status conference in this matter on **Wednesday, September 18, 2024 at 11:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

The parties may request to adjourn this status conference if <u>all of the claims</u> in Case No. 21-CV-8726 (VSB) (OTW) have been settled in their entirety, and a notice of discontinuance as to <u>all parties</u> has been filed on the docket.

SO ORDERED.

_s/ Ona T. Wang_
Dated: August 12, 2024           **Ona T. Wang**
       New York, New York        United States Magistrate Judge