UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

LIBERTY MUTUAL INSURANCE COMPANY,

          Plaintiff,

          -against-

ALL-WAYS FORWARDING INT'L INC.,

          Defendant.

-------------------------------------------------------------x

21-CV-8726 (VSB) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 80 and 81.

The status conference scheduled for Wednesday, September 18, 2024 at 11:00 a.m. is hereby **ADJOURNED sine die**.

**SO ORDERED.**

Dated: Sept. 17, 2024
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge